Arthur A. Maguire, U. S. Atty., Scranton, Pa., Charles W. Kalp, Asst. U. S. Atty., Lewisburg, Pa., for appellee.

Before BIGGS, Chief Judge, and GOODRICH and KALODNER, Circuit Judges.

PER CURIAM.

The court below had jurisdiction to enter the order complained of. The appellant's constitutional rights were not impaired. We can perceive no error in the proceedings in the court below. Consequently, the order will be affirmed.

Bernard M. SHOTKIN, father and trustee for minors Beth, Bruce and Nona Shotkin, trading as Power & Light Company, formerly Edison Power & Light Company, v. W. F. PERKINS et al.

No. 4044.

United States Court of Appeals
Tenth Circuit.

June 9, 1950.

Bernard M. Shotkin, pro se.

John W. Metzger, Attorney General, Allen Moore, Deputy Attorney General, and Vincent Cristiano, Assistant Attorney General, State of Colorado, for appellees.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed May 9, 1950, for failure to prosecute.

PUEBLO OF ACOMA etc. v. Arthur BIBO etc.

No. 3537.

United States Court of Appeals
Tenth Circuit.

June 9, 1950.

A. Devitt Vanech, Assistant Attorney General, and John F. Cotter, Fred W. Smith and Roger P. Marquis, Attorneys, Department of Justice, all of Washington, D. C., and Everett M. Grantham, United States Attorney, and Maurice Sanchez, Assistant United States Attorney, Albuquerque, N. M., for appellant.

Seth & Montgomery, Santa Fe, N. M., for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

Judgment of District Court vacated and cause remanded May 9, 1950, with directions to dismiss the cause of action, pursuant to a stipulation of the parties.

The PULLMAN COMPANY, Appellant, v. Florence R. RICE and Jack S. Rice, Appellees.

No. 13001.

United States Court of Appeals
Fifth Circuit.

June 14, 1950.

William F. McGehee, R. L. Dent, Vicksburg, Miss., for appellant.

Landman Teller, Vicksburg, Miss., for appellees.

Before HOLMES, WALLER and BORAH, Circuit Judges.

PER CURIAM.

We think that the facts in this case justified the presentation to the jury of the issue as to punitive damages and that such issue was submitted to the jury under appropriate instructions; wherefore, the verdicts should not be disturbed, and the judgments appealed from should be, and they are,

Affirmed.